|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | |
| EASTERN DISTRICT OF WASHINGTON | |
| AMERICAN MODERN SELECT INSURANCE COMPANY, a foreign insurance company,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL TSCHOHL and JANE DOE TSCHOHL, individually and as a marital community; and SUSAN LINNAE DUKES f/k/a SUSAN TSCHOHL and JOHN DOE DUKES, individually and as a marital community, JANETTE LEISS and JOHN DOE LEISS, individually and as a marital community,<br><br>Defendants-in-Interpleader. | NO. 2:14-cv-00326-SAB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Before the Court is the parties' Stipulation of Dismissal. ECF No. 23. The parties indicate the matter has been fully settled and ask this Court to dismiss the above-captioned matter with prejudice and without costs to any party.

//

**ORDER OF DISMISSAL WITH PREJUDICE** ~ 1

Accordingly**, IT IS HEREBY ORDERED:**

1. The parties' Stipulation of Dismissal, ECF No. 23, is **GRANTED**.

2. The above-captioned case is **dismissed** with prejudice and without costs to any party.

3. The District Court Executive is directed to **close** the file.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 4th day of January, 2015.



Stanley A. Bastian
United States District Judge

**ORDER OF DISMISSAL WITH PREJUDICE** ~ 2